UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANISLAUS FUNDING, INC., | ) | |
| Plaintiff(s), | ) | No. C05-3485 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| SONOMA BACKYARD, et al., | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within 30 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  January 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CONDITIONAL DISMISSAL.ORDER.wpd

1